Case 2:18-cr-00099 Document 45 Filed on 05/22/19 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SEA WORLD MANAGEMENT &<br>TRADING, INC.,<br>Defendant. | §<br>§<br>§<br>§ CRIMINAL NO. 2:18-99<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Defendant Sea World Management & Trading, Inc. pled guilty to failure to maintain an accurate oil record book and failure to maintain an accurate garbage record book, in violation of 33 U.S.C. § 1908(a), 33 C.F.R. § 151.25, and 33 C.F.R. § 151.55. In accordance with the terms of the written plea agreement, Defendant was sentenced to three years' probation and ordered to pay a $2,250,000.00 fine. Now pending before the Court are the Government's Consolidated Motion for a Statutory Award and Payment to the Abandoned Seafarers Fund Pursuant to the Act to Prevent Pollution from Ships (D.E. 27) and the Detained Crewmembers' Motion for Whistleblower Award (D.E. 31). Defendant is opposed to both motions.

The Act to Prevent Pollution from Ships grants the Court the discretionary authority to issue a monetary award of up to one half of any criminal fine imposed on a defendant to a "person giving information leading to conviction." 33 U.S.C. § 1908(a). Having considered the Parties' respective positions, which have been fully briefed in various pleadings, the Court finds that a reasonable award in this case is $1,000,000.00. The Court also recognizes the agreement made between the Crewmembers and the office of attorney Leslie Cassidy for representation in this matter, wherein the Crewmembers agreed to a contingent fee not to exceed 7% of the award.

From the $2,250,000.00 fine to be paid by Defendant, the $1,000,000.00 award, less $60,000.00 in attorney's fees, shall be distributed to Crewmembers as follows:

| **Crewmember:** | **Net Award:** |
|---|---|
| Mark Jayson Bernardo De Roxas | $380,000.00 |
| Gilbert Rosario De La Cruz | $76,000.00 |
| Herbert Evangelista Guzman | $76,000.00 |
| Manuel Perlito Jamin Herrera | $76,000.00 |
| Christian John Flores Jarlos | $76,000.00 |
| Jerome Sunga Taruc | $76,000.00 |
| Michael Eric Maranan | $30,000.00 |
| Paulo A. De La Punta | $30,000.00 |
| Eliseo C. Feliciano | $30,000.00 |
| Reynaldo E. Valles | $30,000.00 |
| Jovy E. Gonzalo | $30,000.00 |
| Everett Moises T. Artes | $30,000.00 |

The Clerk of Court is directed to issue checks payable to the individuals in the amounts stated above, and send them to:

> U.S. Department of Justice
> 2nd Floor, NOX 2 Building
> Chancery Compound
> 1202 Roxas Blvd. Ermita
> Manila 0930, Philippines
> 632-301-2000 ext. 6501
> Attention: Christopher L. Cardani, D.O.J. Attaché

The Clerk is further directed to issue a check for $60,000.00 payable to Leslie Cassidy and send it to:

> Leslie Cassidy, PLLC
> 814 Leopard St.
> Corpus Christi, TX 78401

The Government's and Crewmembers' motions (D.E. 27, 31) are therefore **GRANTED IN PART**. All other relief not expressly granted herein is **DENIED**.

SIGNED this 22nd day of May, 2019.

*John D. Rainey*
JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE

2